UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESSE SCOTT LAKE,<br><br>                Petitioner,<br><br>    v.<br><br>JESSICA VAZQUEZ,<br><br>                Respondent. | CASE NO. C17-5853 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 14. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's petition for habeas corpus (Dkt. 1) is **DISMISSED with prejudice**;

(3) A certificate of appealability is **DENIED**; and

(4) This case is closed.

Dated this 12th day of June, 2018.

BENJAMIN H. SETTLE
United States District Judge

ORDER